

**FILED**
DEC - 2 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR2161-H |
| Plaintiff, | Booking No. 71279-053 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| JOHN SWITZER (2), | |
| Defendant. | |

Based upon the oral motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant John Switzer. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 2, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-